SCANNED

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )   Criminal Number 02-30E-1 |
| | ) |
| JEFF THOMPSON | ) |

The above named defendant satisfied the judgment of NOVEMBER 19, 2003 by paying on MARCH 09, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  4/17/06
Deputy Clerk                                          Date